# Court of Appeals
# of the State of Georgia

ATLANTA, February 10, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1102. MICHAEL JACOB HUGHEY v. THE STATE.

In January 2023, Michael Hughey pleaded guilty to aggravated assault and other offenses. Hughey filed a pro se motion to withdraw his guilty plea in May 2023. On August 29, 2023, the trial court dismissed Hughey's motion because it found it was filed outside the term of court as his guilty plea. Hughey subsequently filed an amended brief in support of his motion to withdraw guilty plea, which the trial court construed as a motion to reconsider its order dismissing his motion to withdraw guilty plea. The trial court denied Hughey's motion, and Hughey filed his notice of appeal on April 24, 2024. We, however, lack jurisdiction.

Ordinarily, the dismissal of a motion to withdraw a guilty plea is directly appealable, whether the motion was timely filed or not. See, e.g., *Smith v. State*, 283 Ga. 376 (659 SE2d 380) (2008). However, in order to be timely, a notice of appeal must be filed within 30 days after entry of the order on appeal. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Davis v. State*, 330 Ga. App. 711, 711 (769 SE2d 133) (2015). Moreover, "the denial of a motion for reconsideration of an appealable order or judgment is not itself appealable and does not extend the time for filing a notice of appeal." *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985).

Here, although Hughey's notice of appeal was filed within 30 days of the denial of his motion for reconsideration, it is untimely as to the order dismissing his motion to withdraw guilty plea, as it was filed 239 days after entry of that order. Because Hughey's notice of appeal is untimely as to the order dismissing his motion to

withdraw guilty plea, and because the order denying his motion for reconsideration is not appealable, see *Savage*, supra, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __02/10/2025_____

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*